AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

YAHTHOMAS RILEY,

    Plaintiff,

                    V.

JUDGE W. JAMES SIZEMORE, et al.,

    Defendants.

### JUDGMENT IN A CIVIL CASE

CASE NUMBER:  CV 424-236

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑   **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

that, pursuant to the Order dated March 30, 2026, Plaintiff's Complaint is dismissed for failure to

comply with this Court's Order and because his pleadings failed to state any plausible claim. This

case stands closed.

Approved by: *Christpher L. Ray*

CHRISTOPHER L. RAY
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

March 30, 2026
*Date*

John E. Triplett, Clerk of Court
*Clerk*

*Jamie Hodge*

*(By) Deputy Clerk*

GAS Rev 10/2020