**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

YATHOMAS RILEY,

        Plaintiff-Appellant.

   v.

JUDGE W. JAMES SIZEMORE, STEPHEN
DOUGLAS, Agent, and LEWIS LAMB,

        Defendants-Appellees.

CIVIL ACTION NO.: 4:24-CV-236

## O R D E R

The United States Court of Appeals for the Eleventh Circuit having dismissed Yathomas

Riley's appeal for want of prosecution,

**IT IS HEREBY ORDERED** that the Mandate of the United States Court of Appeals for

the Eleventh Circuit is made the Order of this Court.

**SO ORDERED** this 19th day of May, 2026.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA